| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA | **FILED**<br>January 25, 2021<br>CLERK, US DISTRICT COURT<br>EASTERN DISTRICT OF<br>CALIFORNIA |

UNITED STATES OF AMERICA,

        Plaintiff,

  v.

DAVID ALBERT BENJAMIN,

        Defendant.

Case No.  2:21-mj-0012-DB

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  <u>DAVID ALBERT BENJAMIN</u> , Case No. <u> 2:21-mj-0012-DB </u> Charge <u>18 USC § 3583</u> , from custody for the following reasons:

    \_\_\_\_\_ Release on Personal Recognizance

    \_\_\_\_\_ Bail Posted in the Sum of $ _____

        \_\_\_\_\_ Unsecured Appearance Bond $ _____

        \_\_\_\_\_ Appearance Bond with 10% Deposit

        \_\_\_\_\_ Appearance Bond with Surety

        \_\_\_\_\_ Corporate Surety Bail Bond

        (Other): <u>Under the previously imposed terms and</u>

     X   <u>conditions, with the additional terms and conditions, as</u>

        <u>stated on the record.</u>

Issued at Sacramento, California on January 25, 2021 at __3:56 pm_____

                               By:   /s/ Carolyn K. Delaney

                                   Magistrate Judge Carolyn K. Delaney